UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| RONALD S. JONES, | § | |
| | § | |
| Plaintiff, | § | Civ. Action No. 1:04-CV-359 |
| | § | |
| v. | § | |
| | § | Judge Edgar/Judge Carter |
| MAYTAG CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## FINAL ORDER

It appears that the parties have agreed to resolve all claims by and between them sought to be enforced in this civil action. It is therefore

**ORDERED** that the claims of the plaintiff herein be, and the same hereby are, dismissed on the merits and with prejudice pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure. It is further

**ORDERED** that each party shall bear his or its own costs.


By: _____
R. ALLAN EDGAR
UNITED STATES DISTRICT COURT JUDGE

APPROVED FOR ENTRY:

GILREATH & ASSOCIATES

By: <u>s/ Cary L. Bauer</u>
Cary L. Bauer
BPR No. 19735
550 Main Street, Suite 650
P.O. Box 1270
Knoxville, TN 37901-1270

*Attorneys for Plaintiff*

MILLER & MARTIN PLLC

By: <u>s/ Christopher H. Steger</u>
Christopher H. Steger
BPR No. 10630
Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402
Telephone: (423) 756-6600
Facsimile: (423) 785-8480

*Attorneys for Defendant*